UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | M.B.D. Case No. 20-MC-91399 |
| | ) | |
| CARL AUGUSTE, | ) | |
| Defendant | ) | |

MOTION FOR ENDS-OF-JUSTICE CONTINUANCE
OF TIME FOR FILING AN INDICTMENT OR INFORMATION,
AND EXCLUSION OF TIME, UNDER THE SPEEDY TRIAL ACT

The United States of America, by and through Assistant United States Attorney Anne Paruti, respectfully moves this Court to grant a continuance of the time within which an indictment or information must be filed, and exclude the time period from August 14, 2020, through and including **September 25, 2020** from the speedy trial clock, pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008), on the ground that the ends of justice served by granting the requested continuance and excluding this period outweigh the best interests of the public and the defendant in a speedy trial. The government further asks this Court to issue the attached proposed *Order of Continuance and Excludable Delay*. In support of this request, the government states as follows:

1. The defendant was charged by complaint in United States v. Carl Auguste, 20-mj-6193-MPK. He is not in custody. If indicted for the crime with which he is currently charged by complaint, he faces a mandatory minimum term of imprisonment of 5 years.

2. The parties are engaged in preliminary discussions regarding the possible resolution of this matter that might result in an agreed disposition and obviate the need for an indictment.

These discussions are, to an extent, dependent on an ongoing but as yet unfinished evaluation of the defendant by a third party. The progress of that evaluation has, until recently, been hampered by factors related to the ongoing public health crisis.

3. Such an agreement, in conjunction with a pre-indictment plea, may work to the defendant's benefit or assist the government's ongoing investigation.

4. The time within which the government must indict was previously extended as part of an omnibus order related to the lack of grand juries seated in the district, which applied to several similarly-situated defendants (MBD Case No. 20-91142). Grand jury proceedings have resumed, albeit with significantly limited availability. This motion is brought separately, unrelated to the availability of a seated grand jury, for the reasons stated herein.

5. Counsel for the defendant assents to this motion, for the reasons stated herein. A proposed order is attached.

    Respectfully submitted,

    ANDREW E. LELLING
    United States Attorney

By: /s/ Anne Paruti_____
    Anne Paruti
    Assistant U.S. Attorney

## Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

By: /s/ Anne Paruti____
ANNE PARUTI
Assistant U.S. Attorney